479 A.2d 625

Fidelity Bank v. Daly (at Nos. 3196 and 816).

DeAngelis, et al. v. Com. Title (at Nos. 3197 and 817).

Reargument Denied Aug. 29, 1984.

Argued November 22, 1983. Edwin K. Daly, Jr., appellant, in propria persona (at Nos. 3196 and 3197) and appellees (at Nos. 816 and 817); Marvin L. Wilenzik, for appellees (at Nos. 817 and 3197) and participating party (at Nos. 3196 and 816).

Before SPAETH, President Judge, and WATKINS and CERCONE, JJ.

The order of the trial court is reversed; the case is remanded for a hearing after proper notice to all interested parties. Jurisdiction is relinquished.

WATKINS, J., filed a dissenting memorandum.